UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21403-CIV-GRAHAM/O'SULLIVAN

TAMARES HOLDINGS, I, LLC
and T-C PARTNERS III, LLC,
     Plaintiffs,

v.

ROBERT D. FALOR, GEOFFREY L.
HOCKMAN, GUY MITCHELL, MOLINAR
BUILDINGS, LLC and THE FALOR
COMPANIES, INC.,
     Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants Guy Mitchell and

Molinar Buildings, LLC's Objection to Notice of Deposition Duces Tecum (DE # 83,

3/7/07) and the Plaintiffs' Objections to Subpoena Duces Tecum or, in the Alternative,

Motion to Modify (DE # 86, 3/9/06).  Under Fed.R.Civ.P. 45(c)(2)(B) objections to

subpoenas shall be served on the opposing side.  The party who served the subpoena

may move the Court to compel.  Moreover under the Appendix A to the Local Rules for

the Southern District of Florida, generally, discovery materials shall not be filed with the

Court.  Additionally, the Alternative Motion to Modify (DE # 86, 3/9/06) failed to comply

with Judge Graham's Discovery Procedure, a copy of which was attached to the

undersigned's Order dated March 6, 2007, (DE # 78).  Accordingly, it is

ORDERED AND ADJUDGED that the Defendants Guy Mitchell and Molinar

Buildings, LLC's Objection to Notice of Deposition Duces Tecum (DE # 83, 3/7/07) and

the Plaintiffs' Objections to Subpoena Duces Tecum or, in the Alternative, Motion to

Modify (DE # 86, 3/9/06) are both stricken from the record.

DONE and ORDERED, in chambers, in Miami, Florida, this 13th day of March, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All counsel of record